## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

GILBERTO RIVERA MONTIJO
IRMA L. GONZALEZ MALDONADO

Debtor(s)

CASE NO. 13-01804 EAG

CHAPTER 13

## MOTION TO DISMISS

COMES NOW, BANCO POPULAR PUERTO RICO - MORTGAGE DIVISION represented by the undersigned attorney and respectfully sets forth and prays:

1. That the appearing creditor is the holder of a mortgage note in the principal balance amount of $29,495.15, which encumbers debtor's (debtors') residence.

2. That the Plan provides for debtor(s) to continue making current post petition monthly payments to the appearing secured creditor.

3. That debtor(s) has failed to comply with the proposed terms of the Plan and currently owe the appearing secured creditor the sum **$1,353.04 (3 monthly payments)** in post petition arrears. See Exhibit "A" attached.

4. Pursuant to the provisions of section 1307 (c) (6) of the Code 11 USCS Section 1307 (c) (6), a party in interest may request the dismissal of a Chapter 13 bankruptcy petition whenever there is a material default by the debtor(s) with respect to a term of a confirmed plan.

5. The Courts have found cause for the dismissal of Chapter 13 bankruptcy case when the debtor(s) failed to make the payments directly to the creditor as called for under the terms of the confirmed Plan. See <u>Estes v. Garcia</u>, 42 Bankr. 33 (Bankr. D. Colo. 1984).

6. Included with this motion is a Verified Statement regarding the information required by this Servicemembers Civil Relief Act of 2003, and a Department of Defense Manpower Data Center Military Status Report.

GILBERTO RIVERA MONTIJO
IRMA L. GONZALEZ MALDONADO
13-01804 EAG
PAGE: 2

WHEREFORE the appearing secured creditor prays for an order dismissing the above captioned case.

## NOTICE OF RESPONSE TIME

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney and to JOSE R. CARRION MORALES, US Chapter 13 Trustee, and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant to debtor(s) at theirs address of record in this case.

In San Juan, Puerto Rico, on the 15 day of July, 2014.

**CARDONA JIMENEZ LAW OFFICE**
Attorney for BANCO POPULAR PUERTO RICO -
MORTGAGE DIVISION
PO Box 9023593
San Juan, PR 00902-3593
Tels: (787) 724-1303, Fax No. (787) 724-1369
E-mail: jf@cardonalaw.com

s/Vivian Ortiz Ponce, USDC PR 211611
vortiz@cardonalaw.com

# BANCO POPULAR DE PUERTO RICO

## Request for Legal Action

**EXHIBIT - A**

TO: **Cardona - Jimenez Law Office**

Loan Number: 0121

Debtor: GILBERTO RIVERA MONTIJO

Debtor: IRMA L. GONZALEZ MALDONADO

---

BKR #:  13-01804                Date Filed:  03/08/13

Total Payments Due:   5          Pre-Petition:  2                Post-Petition:  3

**Post-Petition Arrears:**

| | | | |
|---|---|---|---|
| 3 | Months @ | 351.00 | 1,053.00 |
| 0 | Months @ | 0.00 | 0.00 |
| 0 | Months @ | 0.00 | 0.00 |
| 3 | Late Charges @ | 16.68 | 50.04 |

|  |  |  |
|---|---|---|
|  | **SUBTOTAL** | $1,103.04 |
| Attorney Fees |  | 250.00 |
| Inspections |  | 0.00 |
| Filing Fees |  | 0.00 |
| Other Charges |  | 0.00 |
|  | **TOTAL** | $1,353.04 |

**NOTE:**
All reinstallment payments must be made up to the current month, including legal fees and late charges.

**DUE DATE:** 03/01/14                **PRINCIPAL BALANCE** $29,495.15

## STATEMENT OF ACCOUNT

| DEBTOR: | Gilberto Rivera Montijo | BPPR NUM: | 0121 |
|---|---|---|---|
| BANKRUPTCY NUM: | 13-01804EAG | FILING DATE: | 03/08/13 |

### SECURED LIEN ON REAL PROPERTY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Principal Balance as of | | 03/01/14 | | | | | 29,495.15 |
| Accrued Interest from | | 02/01/14 | to | 07/31/14 | | | 884.85 |
| Interest: | 6.000% | Accrued num. of days: | 180 | Per Diem: | 4.915858 | | |

**Monthly payment to escrow**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | | |
| A&H | $0.00 | Life | $0.00 | | | | |
| Total montly escrow | | | $0.00 | Months in arrears | 5 | Escrow in arrears | 0.00 |
| | | | | | | Accrued Late Charge: | 83.40 |

**Advances Under Loan Contract:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Title Search | $0.00 | Tax Certificate | $0.00 | Inspection | $0.00 | | 46.66 |
| Other | $46.66 | | | | | | |
| Legal Fees: | | | | | | | 75.00 |
| Total amount owed as of | | 07/31/14 | | | | | 30,585.06 |

### AMOUNT IN ARREARS

**PRE-PETITION AMOUNT:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | payments of | | $351.00 | each one | | | 702.00 |
| | acummulated lated charges | | | | | | 33.36 |

**Advances Under Loan Contract:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Title Search | $0.00 | Tax Certificate | $0.00 | Inspection | $0.00 | | 46.66 |
| Other | $46.66 | | | | | | |
| Legal Fees | | | | | | | 75.00 |
| | | | | | | A = TOTAL PRE-PETITION AMOUNT | 857.02 |

**POST-PETITION AMOUNT:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | payments of | | $351.00 | each one | | | 1,053.00 |
| | Late Charge | | | | | | 50.04 |
| | | | | | | B = TOTAL POST-PETITION AMOUNT | 1,103.04 |
| | | | | | | A + B = TOTAL AMOUNT IN ARREARS | 1,960.06 |

### OTHER INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Next pymt due | 03/01/14 | Interest rate | 6.000% | P & I | $333.59 | Monthly late charge | $16.68 |
| Investor | BANCO POPULAR DE PUERTO RICO | Property address | BARRIO PELLEJAS CARR 824 KM 1.4 ADJUNTAS PR 00601 | | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

BANCO POPULAR DE PUERTO RICO

07/11/14
DATE

SACCTFHA    Gerardo Caceres

**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

GILBERTO RIVERA MONTIJO
IRMA L. GONZALEZ MALDONADO

Debtor(s)

CASE NO. 13-01804 EAG

CHAPTER 13

## VERIFIED STATEMENT

I, José F. Cardona Jiménez of legal age, single, Attorney for Banco Popular Puerto Rico and resident of San Juan, Puerto Rico, declare under penalty of perjury as follows:

That as to this date July 15, 2014, by a search and review of the records kept by BANCO POPULAR PUERTO RICO - MORTGAGE DIVISION in the regular course of business in regard to debtor account with this bank there is no information that will lead the undersign to belief that debtor is a regular service member either on active duty or under a call to active duty, in the National Guard or as a Commission Officer of the Public Health Services or the National Oceanic and Atmospheric Administration (NOAA) in active duty.

The bank has not received any written notice from debtor that his military status has change as to this date.

That as part of my search I examined the documents and records available to me within our computer system.

IN TESTIMONY WHEREOF I SIGN THESE PRESENTS under penalty of perjury, in San Juan, Puerto Rico this 15th day of July, 2014.

_____

Department of Defense Manpower Data Center     Results as of : Jul-15-2014 05:56:08 AM

SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: RIVERA
First Name: GILBERTO
Middle Name:
Active Duty Status As Of: Jul-15-2014

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

Department of Defense Manpower Data Center   Results as of : Jul-15-2014 05:57:51 AM

SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: GONZALEZ
First Name: IRMA
Middle Name: L.
Active Duty Status As Of: Jul-15-2014

| On Active Duty On Active Duty Status Date ||||
| --- | --- | --- | --- |
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
| --- | --- | --- | --- |
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
| --- | --- | --- | --- |
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350